*Mr. Assistant Attorney General John Q. Thompson* for plaintiff in error.

*Mr. Edward S. Jouett* for defendant in error.

*Per Curiam.* The judgment is affirmed on the authority of *United States* v. *Welch*, decided April 25, 1910, *ante*, p. 333; but it is ordered that before the Government is required to pay for the land held to have been taken plaintiffs below shall furnish a survey definitely ascertaining the land by metes and bounds.

*Affirmed.*

---

*Decisions on Petitions for Writs of Certiorari from April 11 to May 31, 1910.*

No. 843. GERMAN ALLIANCE INSURANCE COMPANY, PETITIONER, *v.* HOME WATER SUPPLY COMPANY. April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Hartwell Cabell* for the petitioner. No appearance for the respondent.

---

No. 838. E. G. COFFIN ET AL., ETC., PETITIONERS, *v.* CHAS. R. FLINT. April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. C. Strudwick* and *Mr. E. J. Justice* for the petitioners. *Mr. J. H. Merrimon* and *Mr. J. Frank Snyder* for the respondent.

---

No. 840. THE SOUTHERN PAVING & CONSTRUCTION COMPANY, PETITIONER, *v.* THE CITY OF GREENSBORO.

April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Alfred S. Barnard* for the petitioner. *Mr. E. J. Justice* for the respondent.

---

No. 841. S. GRAEME HARRISON, PETITIONER, *v.* THE PHILADELPHIA CONTRIBUTIONSHIP FOR THE INSURANCE OF HOUSES FROM LOSS BY FIRE. April 11, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. R. Mason Lisle* for the petitioner. No appearance for the respondent.

---

No. 846. LILLIAN F. SLOCUM, EXECUTRIX, ETC., PETITIONER, *v.* NEW YORK LIFE INSURANCE COMPANY. April 18, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Daniel B. Henderson* for the petitioner. No appearance for the respondent.

---

No. 855. GEORGE M. NOWELL ET AL., PETITIONERS, *v.* THE INTERNATIONAL TRUST COMPANY ET AL. April 18, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George M. Nowell* and *Mr. Joseph B. Church* for the petitioners. *Mr. E. S. Pillsbury* and *Mr. Lewis P. Shackleford* for the respondents.

---

No. 861. HUBERT HOPKINS, PETITIONER, *v.* HEBER C. PETERS ET AL. April 18, 1910. Petition for a writ of